# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 1:06CR237** |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **TERRANCE RASHAUN DUNCAN** | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the Bill of Indictment in the above-captioned case is hereby **DISMISSED WITHOUT PREJUDICE**.

Signed: August 15, 2006

Lacy H. Thornburg
United States District Judge